## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION; *et al.*<br><br>    Defendants. | Case No.: 1:25-cv-2749 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Having considered Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

IT IS **ORDERED** that Defendants are enjoined from implementing, maintaining, or giving effect to U.S. Customs and Border Protection's August 1, 2025 internal advice ruling (HQ H351038) regarding the exclusion order issued in Certain Light-Based Physiological Measurement Devices and Components Thereof, USITC Inv. No. 337-TA-1276.

IT IS FURTHER **ORDERED** that Defendants shall resume implementing, maintaining, and giving effect to the U.S. Custom and Border Protection's January 7, 2025 letter ruling (HQ H338254) unless and until that ruling may be properly revisited by U.S. Customs and Border Protection pursuant to its established regulations and practices—including, but not limited to, inter partes proceeding in which Plaintiff has the opportunity to participate—and may yield a superseding decision that complies with procedural and substantive legal requirements, subject to further order by this Court or some other court of competent jurisdiction.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

                                              _____
                                              United States District Judge