# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND BORDER )<br>PROTECTION *et al.* )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.<br>1:25-cv-02749-ACR |

## NOTICE OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION

The United States International Trade Commission is an independent, nonpartisan, agency composed of Commissioners appointed by the President. 19 U.S.C. § 1330(a). The Commission has independent litigating authority, *id.* § 1333(g), and it submits this notice on its own behalf.

The Commission became of aware of this civil action late yesterday. The Commission is currently evaluating the complaint and formal papers and deciding whether to intervene, which requires the Commissioners' approvals. Notably, the Commission does not have access to materials filed under seal in this proceeding. Even from the public filings, however, the Commission is concerned with Plaintiff's representations and omissions including as to the Commission's and this Court's authority with respect to the present dispute.

The last time such a dispute arose in this Court, Judge Cooper granted the Commission's motion to intervene, and, informed by the Commission's filings, found that the dispute was administratively channeled to the Commission for subsequent proceedings. *Wirtgen Am., Inc. v. United States*, 443 F. Supp. 3d 198, 210-14 (2020). That dispute became moot during the pendency of plaintiffs' appeal to the D.C. Circuit appeal and was vacated as such. *Wirtgen Am.,*

*Inc. v. United States*, No. 20-CV-195 (CRC), 2021 WL 12242760 (D.D.C. Apr. 6, 2021). Nonetheless, the decision should be persuasive.

It is undisputed that Masimo can seek relief directly from the Commission, as opposed to this Court, through modification and/or enforcement of the Commission's exclusion order and cease and desist order. 19 U.S.C. § 1337(k); 19 C.F.R. §§ 210.75, 210.76. Consistent with *Thunder Basin Coal Co v. Reich*, 510 U.S. 200 (1994), and subsequent caselaw, as discussed in Judge Cooper's *Wirtgen* decision cited above, should the Commission intervene it expects to oppose the TRO and preliminary injunction sought, and seek dismissal.

August 21, 2025                                     Respectfully submitted,

                                               */s/ Sidney A. Rosenzweig*
                                           SIDNEY A. ROSENZWEIG
                                           D.C. Bar No. 460778
                                           U.S. International Trade Commission
                                           500 E St. SW
                                           Washington, D.C. 20436
                                           Phone: (202) 708-2532
                                           Email: sidney.rosenzweig@usitc.gov