UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| MASIMO CORPORATION, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:25-cv-2749-ACR |
| UNITED STATES CUSTOMS AND BORDER PROTECTION; *et al.* | |
| Defendants. | |

**SECOND JOINT REPORT REGARDING BRIEFING AND HEARING SCHEDULE**

The parties jointly propose the briefing and hearing schedule set forth below, pursuant to the Court's order of earlier today directing further conferral and the filing of an agreed upon schedule.

| PROPOSED DATE | FILING(S) |
|---|---|
| August 22, 2025 (at 3:00pm) | Motion to Seal from any party |
| August 27, 2025 (by midnight) | Oppositions to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction<br><br>Defendants' Motion to Dismiss |
| August 29, 2025 (by midnight) | Plaintiff's Reply in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction<br><br>Plaintiff's Response in Opposition to Defendants' Motion to Dismiss |
| September 2, 2025 | Hearing on Temporary Restraining Order and Preliminary Injunction |
| September 4, 2025 (by midnight) | Defendants' Reply to Motion to Dismiss |

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 21, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| /s/ Justin R. Miller | /s/ Derek L. Shaffer |
| BRETT A. SHUMATE<br>Assistnt Attorney General | Derek L. Shaffer (Bar No. 478775)<br>1300 I Street NW, Suite 900<br>Washington, DC 20005 |
| PATRICIA M. McCARTHY<br>Director | Tel.: (202) 538-8000<br>Fax: (202) 538-8100<br>derekshaffer@quinnemanuel.com |
| JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br>justin.r.miller@usdoj.gov | Michael E. Swartz (*pro hac vice*)<br>Matthew A. Traupman (*pro hac vice*)<br>Samuel P. Nitze (*pro hac vice*)<br>295 5th Avenue, 9th Floor |
| GUY EDDON<br>EDWARD KENNY<br>MONICA TRIANA<br>LUKE MATHERS<br>Civil Division<br>U.S. Department of Justice<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>Tel. (212) 264-9241<br>Fax (212) 264-1916 | New York, New York 10016<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>michaelswartz@quinnemanuel.com<br>matthewtraupman@quinnemanuel.com<br>samuelnitze@quinnemanuel.com |
|  | Steven C. Cherny (*pro hac vice*)<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>Fax: (617) 712-7200<br>stevencherny@quinnemanuel.com |
| *Attorneys for Defendants* | *Counsel to Masimo Corporation* |

## **CERTIFICATE OF SERVICE**

     I certify under penalty of perjury that on this 21st day of August, 2025, I will cause to be served a true and correct copy of this document on all parties of record via CM/ECF.

Dated: August 21, 2025

                                            */s/ Derek L. Shaffer*
                                            Derek L. Shaffer (Bar No. 478775)