# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASIMO CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION; *et al*.<br><br>                    Defendants. | Case No.: 1:25-cv-2749-ACR |

**[PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE**

Having considered the parties' Second Joint Report Regarding Briefing and Hearing Schedule, it is hereby **ORDERED** that the parties are to abide by the following deadlines:

| PROPOSED DATE | FILING(S) |
|---|---|
| August 22, 2025 (at 3:00pm) | Motion to Seal from any party |
| August 27, 2025 (by midnight) | Oppositions to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction<br><br>Defendants' Motion to Dismiss |
| August 29, 2025 (by midnight) | Plaintiff's Reply in Support of its Motion for a Temporary Restraining Order and Preliminary Injunction<br><br>Plaintiff's Response in Opposition to Defendants' Motion to Dismiss |
| September 2, 2025 | Hearing on Temporary Restraining Order and Preliminary Injunction |
| September 4, 2025 (by midnight) | Defendants' Reply to Motion to Dismiss |

**SO ORDERED** this _____ day of _____, 2025.

 

_____
Honorable Judge Ana C. Reyes
United States District Judge