IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CUSTOMS AND BORDER )<br>PROTECTION; KRISTI NOEM, in her official )<br>capacity as Secretary of Homeland Security; )<br>RODNEY SCOTT, in his official capacity as )<br>Commissioner of U.S. Customs and Border )<br>Protection; ALICE KIPEL, in her official capacity )<br>as Executive Director of Regulations and Rulings, )<br>Office of International Trade, U.S. Customs and )<br>Border Protection, )<br>)<br>Defendants. )<br>) | Case No. 1:25-cv-02749-ACR |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Aimee Lee as counsel for Defendants in the above-captioned case.

                                                            Respectfully submitted,

                                                            BRETT A. SHUMATE
                                                            Assistant Attorney General

                                                            PATRICIA M. McCARTHY
                                                            Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge

        /s/ Aimee Lee
        AIMEE LEE
        Assistant Director
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-9232 or 9230
August 22, 2025                                     *Attorneys for Defendants*