# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CUSTOMS AND BORDER ) <br> PROTECTION *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. <br> 1:25-cv-02749-ACR |

## [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and Local Rule 7(j) of this Court, the United States International Trade Commission's motion for leave to intervene in this matter as a party-defendant is GRANTED.

SIGNED:

_____       _____
Date                                                    ANA C. REYES
                                                         United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, I caused a copy of this document to be served via the Court's CM/ECF system upon counsel of record.

<u>/s/ Sidney A. Rosenzweig</u>
Sidney A. Rosenzweig
Counsel for the United States International
  Trade Commission