IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALICE KIPEL, in her official capacity as Executive Director of Regulations and Rulings Office of International Trade, U.S. Customs and Border Protection,<br><br>*Defendants*. | Case No.: 1:25-cv-02749-ACR |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), defendants, through undersigned counsel, respectfully move this Court to dismiss this action because the United States International Trade Commission has exclusive jurisdiction (or, alternatively, primary jurisdiction) over plaintiff's claims.  The grounds for this motion, as well as defendants' response in opposition to plaintiff's motion for a temporary restraining order and preliminary injunction, are contained in the accompanying memorandum of law.

2

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br><u>/s/ Justin R. Miller</u><br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br><u>/s/ Guy Eddon</u><br>GUY EDDON<br>Senior Trial Attorney<br>EDWARD F. KENNY<br>MONICA TRIANA<br>Senior Trial Counsel<br>LUKE MATHERS<br>Trial Attorney<br>U.S. Dept. of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9230 |
| Dated: August 27, 2025 | *Attorneys for Defendants* |