# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALICE KIPEL, in her official capacity as Executive Director of Regulations and Rulings Office of International Trade, U.S. Customs and Border Protection,<br><br>*Defendants*. | Case No.: 1:25-cv-02749-ACR |

## **[PROPOSED] ORDER**

Upon consideration of defendants' motion to dismiss and the other papers submitted, it is hereby ORDERED that defendants' motion is GRANTED.  This action is DISMISSED.

IT IS SO ORDERED.

Dated: _____                          _____
                                                              Ana C. Reyes
                                                              United States District Judge

**PERSONS TO BE SERVED WITH PROPOSED ORDERS**

**Samuel P. Nitze**
**Matthew A. Traupman**
**Michael E. Swartz**
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
New York, New York 10016

**Steven Cherny**
Quinn Emanuel Urquhart & Sullivan LLP
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199

**Derek Lawrence Shaffer**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

**Justin R. Miller**
**Aimee Lee**
**Guy Eddon**
**Edward Francis Kenny, III**
**Monica Perrette Triana**
**Luke Mathers**
U.S. Department of Justice, Civil Division
International Trade Field Office
26 Federal Plaza, Room 346
New York, New York 10278

**Sidney A. Rosenzweig**
**Benjamin Speake Richards**
U.S. International Trade Commission
500 E Street, SW, Suite 707
Washington, D.C. 20436