IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION *et al.*<br>      Defendants,<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>Intervenor-Defendant. | Civil Action No. 1:25-cv-02749-ACR |

**MOTION OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION TO DISMISS**

The United States International Trade Commission respectfully moves to dismiss Plaintiff Masimo Corporation's civil action pursuant to Federal Rule 12(b)(1), and in the alternative, under the primary jurisdiction doctrine.

August 27, 2025

By: */s/* Sidney A. Rosenzweig
MARGARET D. MACDONALD
General Counsel
BENJAMIN S. RICHARDS
Acting Assistant General Counsel
SIDNEY A. ROSENZWEIG
Attorney Advisor
U.S. International Trade Commission
500 E. Street SW
Washington, D.C. 20436
Email: sidney.rosenzweig@usitc.gov
Phone: (202) 708-2532

*Counsel for the United States International Trade Commission*

2

**CERTIFICATE OF SERVICE**

      I certify that on August 27, 2025, I caused a copy of this document to be served via the Court's CM/ECF system upon counsel of record.

                                                      <u>/s/ Sidney A. Rosenzweig</u>
                                                      Sidney A. Rosenzweig
                                                      Counsel for the United States International
                                                         Trade Commission