IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION *et al.*<br>　　　　　Defendants,<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>Intervenor-Defendant. | Civil Action No. 1:25-cv-02749-ACR |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States International Trade Commission's Motion to Dismiss Plaintiff's complaint, it is hereby:

ORDERED that the Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is DISMISSED.

SIGNED:

_____   _____
Date                                                                    ANA C. REYES
                                                                                    United States District Judge

## CERTIFICATE OF SERVICE

      I certify that on August 27, 2025, I caused a copy of this document to be served via the Court's CM/ECF system upon counsel of record.

                                        /s/ Sidney A. Rosenzweig
                                        Sidney A. Rosenzweig
                                        Counsel for the United States International Trade Commission