IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CUSTOMS AND BORDER ) <br> PROTECTION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:25-cv-02749-ACR |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel, Luke Mathers, hereby withdraws his appearance on behalf of defendants in the above-caption case. Mr. Mathers is leaving the Department of Justice on November 14, 2025. Defendants will continue to be represented by other attorneys at the Department of Justice whose names appear in the Government's briefs in this matter.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Luke Mathers
LUKE MATHERS
Trial Attorney
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9236
*Attorneys for Defendants*

November 12, 2025