IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASIMO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION *et al.*<br><br>Defendants,<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>Intervenor-Defendant. | Civil Action No. 1:25-cv-02749-ACR |

**NOTICE OF THE UNITED STATES INTERNATIONAL TRADE COMMISSION**

On October 6, 2025, this Court ordered the United States International Trade Commission ("the Commission") to provide an update on this matter within four days of the resumption of Commission operations following the lapse of government funding.

The Commission resumed operations yesterday, November 13, 2025, and on that day the Commission voted to institute a combined modification and enforcement proceeding in *Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276.  Today, November 14, 2025, the Commission issued an Order and a Notice concerning the institution of the combined modification and enforcement proceeding.  True and correct copies of the Order and the Notice are attached hereto.  Publication of the Notice in the Federal Register is forthcoming.

Paragraph 4 of the Order sets the target date for completion of this proceeding in six months, with the presiding administrative law judge's final determination due two months prior. Paragraphs 6 to 8 of the Order explain the scope of the proceeding. Paragraph 10 of the Order finds that good cause exists for expediting the proceeding in view of the present civil action in this Court.

Dated: November 14, 2025                                Respectfully submitted,

                                                                       Sidney A. Rosenzweig
                                                                       D.C. Bar No. 460778

                                                                       By: */s/* Sidney A. Rosenzweig
                                                                       MARGARET D. MACDONALD
                                                                       General Counsel
                                                                       BENJAMIN S. RICHARDS
                                                                       Acting Assistant General Counsel
                                                                       SIDNEY A. ROSENZWEIG
                                                                       Attorney Advisor
                                                                       U.S. International Trade Commission
                                                                       500 E Street, S.W.
                                                                       Washington, D.C. 20436
                                                                       Email: sidney.rosenzweig@usitc.gov
                                                                       Phone: (202) 708-2532
                                                                       *Counsel for the United States International*
                                                                          *Trade Commission*

## CERTIFICATE OF SERVICE

I certify that on November 14, 2025, I caused a copy of the foregoing document to be served via the Court's CM/ECF system upon counsel of record.

                                                  */s/ Sidney A. Rosenzweig*
                                                  Sidney A. Rosenzweig