## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASIMO CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALICE KIPEL, in her official capacity as Executive Director of Regulations and Rulings Office of International Trade, U.S. Customs and Border Protection, <br><br> *Defendants*, <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> *Intervenor-Defendant*, | Case No.: 1:25-cv-02749-ACR |

### JOINT STATUS REPORT

The parties jointly submit the following status report, pursuant to the Court's Minute Order of November 18, 2025, regarding developments in the U.S. International Trade Commission (Commission) proceedings. The Court stayed this civil action pending a decision in the combined modification and enforcement proceeding at the Commission and ordered the parties to file a joint status report updating the Court within five business days of a Commission decision and to provide proposed next steps in this litigation.

On November 13, 2025, the Commission voted to institute a combined modification and enforcement proceeding in *Certain Light-Based Physiological Measurement Devices and Components Thereof*, Inv. No. 337-TA-1276. ECF No. 51-1. On November 14, 2025, the

1

Commission issued an Order and a Notice concerning the institution of the combined modification and enforcement proceeding.  ECF No. 51-2.

On March 18, 2026, the Commission's presiding Administrative Law Judge (ALJ) issued an opinion (Recommended Determination) concluding that the redesigned Apple products at issue in this civil action do not infringe the patents asserted by plaintiff Masimo Corporation (Masimo). A public version of ALJ's Recommended Determination is attached as Exhibit A.

On April 17, 2026, the Commission determined not to review the ALJ's Recommended Determination, making the result final.  The Commission's notice is attached as Exhibit B.  The Commission's final determination noted that the "combined proceeding is hereby terminated in its entirety," and concluded that "the accused redesigned products do not infringe the Asserted Patents, and therefore, they should not be excluded pursuant to the terms of the" Commission's limited exclusion order.  Exhibit B at 2.  Determinations of the Commission resulting from an underlying investigation or a related proceeding under 19 C.F.R. Part 210 are binding authority on U.S. Customs and Border Protection.

The Commission's decision is now appealable to the U.S. Court of Appeals for the Federal Circuit.  19 U.S.C. § 1337(c); 28 U.S.C. § 1295(a)(6).  Masimo's deadline for filing a notice of appeal is June 16, 2026.

In view of the Commission proceeding, the parties agree that dismissal of Masimo complaint with prejudice is appropriate and will be filing a proposed stipulation of dismissal.

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Derek L. Shaffer
Derek L. Shaffer (Bar No. 478775)
555 13th Street NW, Suite 600
Washington, DC 20004
Tel.: (202) 538-8000
Fax: (202) 538-8100
derekshaffer@quinnemanuel.com

Michael E. Swartz (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Samuel P. Nitze (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
michaelswartz@quinnemanuel.com
matthewtraupman@quinnemanuel.com
samuelnitze@quinnemanuel.com

Steven C. Cherny (*pro hac vice*)
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
stevencherny@quinnemanuel.com
*Counsel to Masimo Corporation*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
EDWARD F. KENNY
MONICA TRIANA
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9230
*Attorneys for Defendants*

/s/ Sidney A. Rosenzweig
MARGARET D. MACDONALD
General Counsel
SIDNEY A. ROSENZWEIG
Attorney Advisor
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
Email: sidney.rosenzweig@usitc.gov
Phone: (202) 708-2532
*Counsel for Intervenor-Defendant the United
States International Trade Commission*

Dated: April 24, 2026

3