## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MASIMO CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; ALICE KIPEL, in her official capacity as Executive Director of Regulations and Rulings Office of International Trade, U.S. Customs and Border Protection,<br><br>*Defendants*,<br><br>UNITED STATES INTERNATIONAL TRADE COMMISSION,<br><br>*Intervenor-Defendant*, | Case No.: 1:25-cv-02749-ACR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Masimo Corporation

(**"Masimo"**), Defendants United States Customs and Border Protection, Markwayne Mullin (in

his official capacity as Secretary of Homeland Security),[1] Rodney Scott (in his official capacity as

Commissioner of U.S. Customs and Border Protection), and Alice Kipel (in her official capacity

as Executive Director of Regulations and Rulings Office of International Trade, U.S. Customs and

Border Protection) (collectively, **"Defendants"**), and Intervenor-Defendant United States

---

[1]    Markwayne Mullin succeeded Kristi Noem as Secretary of Homeland Security. Although the caption of this action has not yet been updated to reflect the substitution of Secretary Mullin pursuant to Federal Rule of Civil Procedure 25(d), this Stipulation of Dismissal identifies the current officeholder.

International Trade Commission (the **"Commission"**) (collectively, the **"Parties"**), hereby stipulate and agree to the dismissal of the above-captioned action, including all claims and counterclaims asserted therein, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

WHEREAS, on March 18, 2026, the Commission's presiding Administrative Law Judge issued a Recommended Determination concluding that the redesigned Apple products at issue in this civil action do not infringe the patents asserted by Masimo;

WHEREAS, on April 17, 2026, the Commission determined not to review the Administrative Law Judge's Recommended Determination, thereby making that determination final, and terminated the combined modification and enforcement proceeding in Certain Light-Based Physiological Measurement Devices and Components Thereof, Inv. No. 337-TA-1276, in its entirety;

WHEREAS, the Commission's final determination concluded that the accused redesigned products do not infringe the Asserted Patents and therefore should not be excluded pursuant to the Commission's limited exclusion order;

WHEREAS, in view of the Commission's final determination, the Parties agree that dismissal of Masimo's Complaint with prejudice is appropriate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective counsel of record, as follows:

1.  This action, including all claims asserted therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.    Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

3.    This Stipulation of Dismissal does not affect any pending appeal rights. Masimo retains all appeal rights under 19 U.S.C. § 1337(c).

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ Derek L. Shaffer
Derek L. Shaffer (Bar No. 478775)
555 13th Street NW, Suite 600
Washington, DC 20004
Tel.: (202) 538-8000
Fax: (202) 538-8100
derekshaffer@quinnemanuel.com

Michael E. Swartz (*pro hac vice*)
Matthew A. Traupman (*pro hac vice*)
Samuel P. Nitze (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000
Fax: (212) 849-7100
michaelswartz@quinnemanuel.com
matthewtraupman@quinnemanuel.com
samuelnitze@quinnemanuel.com

Steven C. Cherny (*pro hac vice*)
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
stevencherny@quinnemanuel.com
*Counsel to Masimo Corporation*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
EDWARD F. KENNY
MONICA TRIANA
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9230
*Attorneys for Defendants*

/s/ Sidney A. Rosenzweig
MARGARET D. MACDONALD
General Counsel
SIDNEY A. ROSENZWEIG
Attorney Advisor
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C. 20436
Email: sidney.rosenzweig@usitc.gov
Phone: (202) 708-2532
*Counsel for Intervenor-Defendant the United
States International Trade Commission*

Dated: April 27, 2026